## Texas Company, Appellee, v. Consolidated Adjustment Company, Appellant.

### Gen. No. 22,000.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. CHARLES A. WILLIAMS, Judge, presiding.  Heard in this court at the October term, 1915.  Reversed and remanded.  Opinion filed March 7, 1916.  Rehearing denied March 20, 1916.

### Statement of the Case.

This case is in every respect substantially like *Galveston Shoe & Hat Co. v. Consolidated Adjustment Co.,* No. 21,999, *ante,* p. 191, and what was said in that opinion applicable herein is reaffirmed.  For the reason indicated in that opinion, the judgment in this case is reversed and the cause remanded.

DELAVAN B. COLE, for appellant; ADELOR J. PETIT, of counsel.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

C. L. Gray Lumber Co. v. Otto Scharmer, 198 Ill. App. 193.

Daniel S. Wentworth, David B. Maloney and John P. Reed, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.